UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

   Plaintiff,

v.

Deangelo Bowman,

   Defendant.

Originating No. 26-CR-00185

Case No. 26-30365

---

**GOVERNMENT'S PETITION FOR TRANSFER OF
DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF**

---

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant Deangelo Bowman to answer to charges pending in another federal district, and states:

1. On June 16, 2026, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Northern District of Ohio. An indictment was issued for the defendant in that district. The defendant is charged in the indictment with violations of 18 U.S.C. § 1349, conspiracy to commit wire fraud and mail fraud, 18 U.S.C. § 1343, wire fraud, 18 U.S.C. §§ 1341 and 2, mail fraud, and 18 U.S.C. §§ 1028A(a)(1) and 2, aggravated identity theft.

1

2. Federal Rule of Criminal Procedure 5 requires this Court to determine whether defendant is entitled to a preliminary examination and is the person named in the arrest warrant described in paragraph one above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

s/JULES M. DePORRE
Jules M. DePorre
Assistant United States Attorney
600 Church Street, Suite 200
Flint, MI 48502
Jules.DePorre@usdoj.gov
(810) 766-5177

Dated: June 16, 2026